```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:06CR3135 |
| v. ) | |
| ) | |
| MIZAEL BARAHONA-BERNAL, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

1. The motion of counsel for defendant to withdraw, filing 13, is granted and the clerk shall mail a copy of this order to the defendant at his last known address.

2. Defendant is given 20 days from the date of this order in which to either: (1) obtain the services of substitute counsel and have that attorney file an appearance in his behalf or, (2) file a financial affidavit setting forth his present financial status, requesting the appointment of counsel.

3. The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and a period of thirty days, that is, the time between October 30, 2006 and November 30, 2006, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the defendant does not have an attorney. 18 U.S.C. § 3161(h)(8)(A) & (B).

4. This case is removed from the December 11, 2006 trial docket and is continued until further order.

DATED this 30th day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge