```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06CR3135 |
| v. | ) | |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

New counsel has entered an appearance for defendant.

IT THEREFORE HEREBY IS ORDERED,

The previous trial date is reinstated and trial is set to commence at 9:00 a.m., December 11, 2006, before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 31st day of October, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge