IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| v. | ) | |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED,

the Unopposed Motion to Reconsider, filing 34, is granted and,

1. Trial of this matter is continued to 9:00 a.m., December 10, 2007, before the undersigned in Courtroom 4, United States Courthouse, 100 Centennial Mall North, Lincoln, Nebraska.   Jury selection will be held at commencement of trial.

2. Because the ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, the time between August 27, 2007, and December 10, 2007, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

Dated August 27, 2007.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge