```
                    IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff,               )     4:06CR3135
                                 )
        v.                       )
                                 )        ORDER
MIZAEL BARAHONA-BERNAL           )
                                 )
        Defendant.               )
```

        IT IS ORDERED,

        Defendant's motion to continue, filing 36, is granted and,

        1.  Trial of this matter is continued to 9:00 a.m.,
January 28, 2008 before the Honorable Warren K. Urbom in
Courtroom 4, United States Courthouse and Federal Building, 100
Centennial Mall North, Lincoln, Nebraska.  Jury selection will be
held at commencement of trial.

        2.  The ends of justice will be served by granting such a
motion, and outweigh the interests of the public and the
defendant in a speedy trial, and the additional time arising as a
result of the granting of the motion, the time between
November 16, 2007 and January 28, 2008 shall be deemed excludable
time in any computation of time under the requirements of the
Speedy Trial Act, for the reason that the parties require
additional time to adequately prepare the case, taking into
consideration due diligence of counsel, the novelty and
complexity of the case, and the fact that the failure to grant
additional time might result in a miscarriage of justice.
18 U.S.C. § 3161(h)(8)(A) & (B).

        Dated November 16, 2007.

                              BY THE COURT

                              s/ David L. Piester

                              David L. Piester
                              United States Magistrate Judge