IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MIZAEL BARAHONA-BERNAL, | ) | |
| | ) | |
| Defendant. | ) | |

Following a telephone conference with counsel on January 14, 2008,

IT IS ORDERED:

Defendant's motion to continue, filing 38, is granted and,

1.   Trial of this matter is continued from January 28, 2008 to April 28, 2008, at 9:00 a.m., for a duration of ten trial days before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

2.   The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between January 15, 2008 and April 28, 2008 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) & (B).

Dated January 15, 2008.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge