IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| V. | ) | |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has moved to continue his trial currently set for April 28, 2008. Filing 43. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1. The defendant's trial is set to commence at 9:00 a.m. on June 16, 2008 for a duration of ten trial days before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. This Court further finds that, based upon the showing set forth in defendant's motion and the representations of his counsel, the ends of justice will be served by continuing the trial; and that the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and June 16, 2008 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 14th day of April, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge