```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MIZAEL BARAHONA-BERNAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. Trial of this matter is continued to 9:00 a.m., September 22, 2008 for ten (10) days, before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

2. No later that June 13, 2008, counsel shall confer and accomplish discovery in accordance with NECrimR 16.1 and Fed. R. Crim. P. 16. The United States Attorney shall disclose Brady v. Maryland (and its progeny) material as soon as practicable.

3. Pretrial motions shall be filed on or before July 11, 2008.

4. The ends of justice will be served by continuing the trial, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between May 21, 2008 and September 22, 2008 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated May 22, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge