IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| v. | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion for time, <u>filing 50</u>, is granted and the deadline for filing pretrial motions is extended to July 31, 2008.

DATED this 14th day of July, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge