IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3135 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS SO ORDERED:

Plaintiff's motion for extension of time, filing 55, is granted and the United States is given until August 14, 2008 to respond to defendant's motion to suppress.

Dated this 8th day of August, 2008.

BY THE COURT

s/ David L. Piester

David L. Piester
United States Magistrate Judge