IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| v. | ) | |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | ORDER ON MOTION TO RECONSIDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Following a telephone conference with counsel today on the Government's Motion to Reconsider, filing 61, I conclude that trial should continue to be set to begin on September 22, 2008.

    IT IS ORDERED that the Motion to Reconsider, filing 61, is granted and the trial is set to begin on September 22, 2008, at 9:00 a.m.

    Dated August 25, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge