IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| MIZAEL BARAHONA BERNAL, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's motion to continue, filing 64, is granted and,

    1.  Trial of this matter is continued to 9:00 a.m., November 17, 2008, for a duration of ten days before the Honorable Warren K. Urbom in Courtroom 4, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  Jury selection will be held at commencement of trial.

    2.  The ends of justice will be served by granting such a motion, and outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between September 12, 2008 and November 17, 2008 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

Dated September 12, 2008.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge