IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| v. | ) | |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | ORDER ON REPORT, |
| | ) | RECOMMENDATION AND ORDER |
| Defendant. | ) | |
| | ) | |
| | ) | |

There being no objection to the Magistrate Judge David L. Piester's Report, Recommendation and Order, filing 59, except for the filing of a Motion for Reconsideration, filing 61, objecting to the new trial date, which motion I granted on August 25, 208, filing 62,

IT THEREFORE IS ORDERED that:

1. the magistrate judge's Report, Recommendation and Order, filing 59, is adopted; and

2. the Motion to Suppress, filing 53, is denied in all respects.

Dated September 15, 2008.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge