IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:06CR3135 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | ORDER FOR ISSUANCE OF |
| | ) | BENCH WARRANT |
| Defendant. | ) | |

Mizael Barahona-Bernal has failed to appear as ordered for a jury trial scheduled for today, November 17, 2008 .

It is hereby ordered that the Clerk of this Court is hereby authorized and directed to issue a Bench Warrant for the Apprehension of Mizael Barahona-Bernal, commanding the arresting officer to bring him before the Court forthwith.

BY THE COURT:

s/ Warren K. Urbom

_____
United States Senior District Judge

DATED this 17th day of November, 2008.