```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| v. | ) | |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Plaintiff's motion to revoke bond, filing no. 74, is granted. The Appearance and Compliance Bond in the amount of $5,000 (filing no. 24) is forfeited to plaintiff United States of America.

DATED this 20th day of November, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge