IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3135 |
| | ) | |
| v. | ) | |
| | ) | |
| MIZAEL BARAHONA-BERNAL, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

The court's order dated November 20, 2008 (filing no. 75) is amended as follows:

Plaintiff's motion to revoke bond, filing no. 74, is granted.  The Appearance and Compliance Bond in the amount of $5,000 (filing no. 24) is forfeited to plaintiff United States of America.

The $1,000 that has been posted shall be paid to the United States.  The defendant remains indebted to the government in the total amount of $5,000.

DATED this 21st day of November, 2008.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge